| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Suko, Lonny R. | 2. Court or Organization<br><br>U.S. District Court, EDWA | 3. Date of Report<br><br>05/04/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>P.O. Box 2726<br>Yakima, WA 98907-2726 | 8. On the basis of the information contained in this Report and any<br>    modifications pertaining thereto, it is, in my opinion, in compliance<br>    with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Law Council Member (non-compensated) | University of Idaho College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Suko , Lonny R.

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Part-time self employment as guardian ad litem |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔️ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔️ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wash. Mutual Savings Bank, (Account) (now Chase Bank) | A | Interest | L | T | | | | | |
| 2. Raleigh Energy Corp. | | None | J | W | | | | | |
| 3. US Bank, (Account) | A | Interest | L | T | | | | | |
| 4. Union Elevator & Warehouse Company (Stock) | A | Dividend | J | W | | | | | |
| 5. American Express Bond Fund | A | Interest | K | T | | | | | |
| 6. Real property in Yakima, WA held with others | E | Rent | M | W | | | | | |
| 7. Northwestern Mutual Life Insurance Company | B | Int./Div. | K | T | | | | | |
| 8. Wachovia (Account) | A | Int./Div. | K | T | | | | | |
| 9. Hapo Community Credit Union (Account) | A | Interest | L | T | | | | | |
| 10. Management Acct. #1 | | | | | | | | | |
| 11. -ISHARES TR S&P 500 INDEX | | | | | Sold (part) | 01/21/10 | J | A | |
| 12. | | | | | Sold (part) | 02/09/10 | J | C | |
| 13. | | | | | Sold (part) | 02/11/10 | J | B | |
| 14. | | | | | Sold (part) | 04/14/10 | K | D | |
| 15. | | | | | Sold (part) | 05/06/10 | J | A | |
| 16. | | | | | Sold (part) | 08/11/10 | J | | |
| 17. | | | | | Buy | 02/22/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 03/08/10 | J | | |
| 19. | A | Dividend | | | Sold | 08/16/10 | K | | |
| 20.  -POWERSHARES DB PREC MTLS | | | | | Sold (part) | 01/13/10 | K | | |
| 21. | | | | | Sold (part) | 01/21/10 | K | | |
| 22. | | | | | Buy | 03/16/10 | K | | |
| 23. | | | | | Buy | 04/06/10 | J | | |
| 24. | | | | | Buy | 05/06/10 | K | | |
| 25. | | | | | Sold (part) | 07/20/10 | K | A | |
| 26. | | | | | Buy | 09/21/10 | J | | |
| 27. | | None | K | T | Buy | 11/05/10 | J | | |
| 28.  -ISHRES BARCLY TIPS BD FD | | | | | Sold (part) | 01/21/10 | J | A | |
| 29. | | | | | Buy | 02/22/10 | J | | |
| 30. | B | Dividend | K | T | Sold (part) | 08/16/10 | K | B | |
| 31.  -IPATH GOLDMAN SACHS CRUD OIL | | None | | | Sold | 01/21/10 | K | | |
| 32.  -POWERSHARE US DOLLAR IDX | | | | | Sold (part) | 01/21/10 | J | | |
| 33. | | | | | Sold (part) | 02/22/10 | K | B | |
| 34. | | | | | Sold (part) | 06/24/10 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy | 02/11/10 | J | | |
| 36. | | | | | Sold (part) | 06/24/10 | K | B | |
| 37. | | | | | Buy | 07/13/10 | K | | |
| 38. | | | | | Sold (part) | 09/21/10 | J | | |
| 39. | | | | | Buy | 07/20/10 | K | | |
| 40. | | None | | | Sold | 11/05/10 | K | | |
| 41. -PROSHARES SHORT S&P500 | | | | | Buy | 01/21/10 | J | | |
| 42. | | | | | Buy | 02/22/10 | K | | |
| 43. | | | | | Sold (part) | 03/16/10 | L | | |
| 44. | | | | | Buy | 05/06/10 | K | | |
| 45. | | | | | Buy | 05/24/10 | J | | |
| 46. | | | | | Buy | 06/04/10 | J | | |
| 47. | | | | | Buy | 06/08/10 | J | | |
| 48. | | | | | Sold (part) | 07/26/10 | L | | |
| 49. | | | | | Buy | 08/11/10 | K | | |
| 50. | | None | | | Sold | 08/16/10 | K | | |
| 51. -ISHARES BARCLAYS 1-3 YR TREASURY BOND FUND | | | | | Sold (part) | 01/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/22/10 | J | | |
| 53. | | | | | Sold (part) | 07/20/10 | K | | |
| 54. | | | | | Sold (part) | 08/16/10 | K | | |
| 55. | A | Dividend | | | Sold | 09/21/10 | K | | |
| 56.   -BARCLAYS BANK PLC PFD | | | | | Buy | 01/13/10 | K | | |
| 57. | | | | | Buy | 01/21/10 | J | | |
| 58. | | | | | Buy | 02/11/10 | J | | |
| 59. | | | | | Sold (part) | 02/22/10 | J | | |
| 60. | | None | | | Sold | 03/08/10 | K | | |
| 61.   -IPATH JB UBS COMMOD ETN | | | | | Buy | 01/21/10 | K | | |
| 62. | | | | | Buy | 02/22/10 | J | | |
| 63. | | | | | Sold (part) | 05/06/10 | K | | |
| 64. | | None | | | Sold | 06/04/10 | J | | |
| 65.   -CURRENCYSHRS CAND DOL TR | | | | | Buy | 02/22/10 | K | | |
| 66. | | | | | Sold (part) | 05/25/10 | J | | |
| 67. | | None | | | Sold | 06/04/10 | J | | |
| 68.   -ISHRS BRCLY SHRT TRES BD SHV | | | | | Buy | 02/22/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | None | | | Sold | 04/06/10 | L | | |
| 70.  -CURRENCYSHRS AUST DLR TR | | | | | Buy | 02/22/10 | K | | |
| 71. | | | | | Sold (part) | 05/24/10 | J | | |
| 72. | | | | | Sold (part) | 05/25/10 | J | | |
| 73. | | None | | | Sold | 06/04/10 | J | | |
| 74.  -ISHARES TR IVV | | | | | Buy | 03/08/10 | J | | |
| 75. | | None | J | T | Buy | 07/26/10 | K | | |
| 76.  -POWERSHARES QQQ SER 1 ETF | | | | | Buy | 03/16/10 | K | | |
| 77. | | | | | Sold (part) | 04/14/10 | J | A | |
| 78. | | | | | Sold (part) | 05/25/10 | J | | |
| 79. | A | Dividend | | | Sold | 06/08/10 | J | | |
| 80.  -ISHARES MSCI EAFE INDEX | | | | | Buy | 03/16/10 | L | | |
| 81. | | | | | Sold (part) | 04/14/10 | J | A | |
| 82. | | | | | Sold (part) | 05/06/10 | K | | |
| 83. | A | Int./Div. | | | Sold | 06/30/10 | K | | |
| 84.  -VANGUARD EMRG MKTS ETF | | | | | Buy | 04/06/10 | K | | |
| 85. | | | | | Sold (part) | 04/14/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/06/10 | J | | |
| 87. | | | | | Sold (part) | 05/24/10 | J | | |
| 88. | A | Dividend | K | T | Buy | 11/05/10 | K | | |
| 89.  -STADION MANAGED ETFFX | | | | | Buy | 04/14/10 | L | | |
| 90. | | | | | Buy | 05/25/10 | K | | |
| 91. | | | | | Buy | 08/11/10 | K | | |
| 92. | | None | M | T | Buy | 08/16/10 | K | | |
| 93.  -POWERSHARES DB US DOL | | | | | Buy | 06/24/10 | K | | |
| 94. | | None | | | Sold | 07/13/10 | J | A | |
| 95.  -ISHARES BARCLAYS CSJ | | | | | Buy | 07/20/10 | L | | |
| 96. | | | | | Buy | 08/16/10 | K | | |
| 97. | | None | L | T | Buy | 09/21/10 | K | | |
| 98.  -SPDR DOW JONES INDL ETF DIA | | | | | Buy | 07/26/10 | K | | |
| 99. | | None | L | T | Buy | 08/16/10 | J | | |
| 100.  -ISHARES INV GR BOND ETF | | | | | Buy | 08/16/10 | K | | |
| 101. | B | Dividend | | | Sold | 12/15/10 | K | | |
| 102.  -ISHARES BARCLAYS ETF SHY (X) | | | | | Buy | 11/25/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | B | Dividend | L | T | Buy | 12/15/10 | K | | |
| 104.  IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 105.  -ISHARES TR S&P 500 INDEX | | | | | Sold (part) | 01/21/10 | J | A | |
| 106. | | | | | Sold (part) | 02/09/10 | K | D | |
| 107. | | | | | Sold (part) | 02/11/10 | K | D | |
| 108. | | | | | Buy | 02/22/10 | K | | |
| 109. | | | | | Buy | 03/08/10 | K | | |
| 110. | | | | | Sold (part) | 04/14/10 | L | D | |
| 111. | | | | | Sold (part) | 05/06/10 | K | B | |
| 112. | | | | | Sold (part) | 08/11/10 | K | | |
| 113. | A | Dividend | | | Sold | 08/16/10 | K | | |
| 114.  -POWERSHARES DB PREC MTLS. | | | | | Sold (part) | 01/13/10 | K | A | |
| 115. | | | | | Sold (part) | 01/21/10 | L | | |
| 116. | | | | | Buy | 03/16/10 | K | | |
| 117. | | | | | Buy | 04/06/10 | K | | |
| 118. | | | | | Buy | 05/06/10 | J | | |
| 119. | | | | | Sold (part) | 07/20/10 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy | 09/21/10 | K | | |
| 121. | | None | M | T | Buy | 11/05/10 | J | | |
| 122. -ISHRES BARCLY TIPS BD FD | | | | | Sold (part) | 01/21/10 | J | A | |
| 123. | | | | | Buy | 02/22/10 | J | | |
| 124. | A | Dividend | L | T | Sold (part) | 08/16/10 | L | B | |
| 125. -IPATH GOLDMAN SACHS CRUD OIL | | None | | | Sold | 01/21/10 | L | | |
| 126. -POWERSHARE US DOLLAR IDX | | | | | Sold (part) | 01/21/10 | J | A | |
| 127. | | | | | Buy | 02/11/10 | J | | |
| 128. | | | | | Sold (part) | 02/22/10 | L | C | |
| 129. | | | | | Sold (part) | 06/24/10 | L | C | |
| 130. | | | | | Buy | 07/13/10 | L | | |
| 131. | | | | | Buy | 07/20/10 | K | | |
| 132. | | | | | Sold (part) | 09/21/10 | K | | |
| 133. | | None | | | Sold | 11/05/10 | L | | |
| 134. -PROSHARES SHORT S&P 500 | | | | | Buy | 01/21/10 | J | | |
| 135. | | | | | Buy | 02/22/10 | K | | |
| 136. | | | | | Sold (part) | 03/16/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 05/06/10 | L | | |
| 138. | | | | | Buy | 05/24/10 | K | | |
| 139. | | | | | Buy | 06/04/10 | K | | |
| 140. | | | | | Buy | 06/08/10 | K | | |
| 141. | | | | | Sold (part) | 07/26/10 | K | | |
| 142. | | | | | Buy | 08/11/10 | K | | |
| 143. | | None | | | Sold | 08/16/10 | L | | |
| 144. -ISHARES BARCLAYS 1-3 YR TREASURY BOND FUND | | | | | Sold (part) | 01/21/10 | J | | |
| 145. | | | | | Sold (part) | 02/22/10 | J | | |
| 146. | | | | | Sold (part) | 07/20/10 | L | | |
| 147. | | | | | Sold (part) | 08/16/10 | L | A | |
| 148. | A | Dividend | | | Sold | 09/21/10 | K | A | |
| 149. -ISHARES BARCLAYS ETF SHY (X) | | | | | Buy | 11/25/09 | L | | |
| 150. | A | Dividend | L | T | Buy | 12/15/10 | K | | |
| 151. -BARCLAYS BANK PLC PFD | | | | | Buy | 01/13/10 | K | | |
| 152. | | | | | Buy | 01/21/10 | J | | |
| 153. | | | | | Buy | 02/11/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 02/22/10 | J | | |
| 155. | | None | | | Sold | 03/08/10 | K | | |
| 156. -IPATH JB UBS COMMOD ETN | | | | | Buy | 01/21/10 | L | | |
| 157. | | | | | Buy | 02/22/10 | J | | |
| 158. | | | | | Sold (part) | 05/06/10 | K | | |
| 159. | | None | | | Sold | 06/04/10 | K | | |
| 160. -CURRENCYSHRS CAND DOL TR | | | | | Buy | 02/22/10 | K | | |
| 161. | | | | | Sold (part) | 05/25/10 | K | | |
| 162. | | None | | | Sold | 06/04/10 | J | | |
| 163. -ISHRS BRCLY SHRT TRES BD SHV | | | | | Buy | 02/22/10 | M | | |
| 164. | | None | | | Sold | 04/06/10 | M | | |
| 165. -CURRENCYSHRS AUST DLR TR FXA | | | | | Buy | 02/22/10 | K | | |
| 166. | | | | | Sold (part) | 05/24/10 | J | | |
| 167. | | | | | Sold (part) | 05/25/10 | J | | |
| 168. | | None | | | Sold | 06/04/10 | J | | |
| 169. -ISHARES TR IVV | | | | | Buy | 03/08/10 | J | | |
| 170. | | None | L | T | Buy | 07/26/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -ISHARES MSCI EAFE INDEX | | | | | Buy | 03/16/10 | M | | |
| 172. | | | | | Sold (part) | 04/14/10 | K | A | |
| 173. | | | | | Sold (part) | 05/06/10 | K | | |
| 174. | | None | | | Sold | 06/30/10 | K | | |
| 175. -POWERSHARES QQQ SER1 ETF QQQ | | | | | Buy | 03/16/10 | L | | |
| 176. | | | | | Sold (part) | 04/14/10 | J | A | |
| 177. | | | | | Sold (part) | 05/25/10 | K | | |
| 178. | | None | | | Sold | 06/08/10 | K | | |
| 179. -VANGUARD EMRG MKTS ETF | | | | | Buy | 04/06/10 | L | | |
| 180. | | | | | Sold (part) | 04/14/10 | J | A | |
| 181. | | | | | Sold (part) | 05/06/10 | K | | |
| 182. | A | Dividend | | | Sold | 05/24/10 | K | | |
| 183. -VANGUARD EXTD MK ETF | | | | | Buy | 04/06/10 | L | | |
| 184. | | | | | Sold (part) | 04/14/10 | J | A | |
| 185. | | | | | Sold (part) | 06/08/10 | J | | |
| 186. | | | | | Buy | 07/26/10 | K | | |
| 187. | | None | | | Sold | 08/16/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -STADION MANAGED ETFFX | | | | | Buy | 04/14/10 | M | | |
| 189. | | | | | Buy | 05/25/10 | L | | |
| 190. | | | | | Buy | 08/11/10 | K | | |
| 191. | | None | N | T | Buy | 08/16/10 | L | | |
| 192.  -POWERSHARES DB US DOL UDN | | | | | Buy | 06/24/10 | L | | |
| 193. | | None | | | Sold | 07/13/10 | L | B | |
| 194.  -ISHARES BARCLAYS CSJ | | | | | Buy | 07/20/10 | M | | |
| 195. | | | | | Buy | 08/16/10 | L | | |
| 196. | | None | M | T | Buy | 09/21/10 | K | | |
| 197.  -SPDR DOW JONES INDL ETF DIA | | | | | Buy | 07/26/10 | L | | |
| 198. | A | Dividend | M | T | Buy | 08/16/10 | K | | |
| 199.  -ISHARES INV GR BOND ETF LQD | | | | | Buy | 08/16/10 | K | | |
| 200. | A | Dividend | | | Sold | 12/15/10 | K | | |
| 201.  -VANGUARD MSCI EMERGING VWO | | None | K | T | Buy | 11/05/10 | K | | |
| 202.  IRA #2 | A | Int./Div. | L | T | | | | | |
| 203.  -ISHARES TR S&P 500 INDEX | | | | | Sold (part) | 01/21/10 | J | A | |
| 204. | | | | | Sold (part) | 02/09/10 | J | A | |

---

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 02/11/10 | J | A | |
| 206. | | | | | Buy | 02/22/10 | J | | |
| 207. | | | | | Buy | 03/08/10 | J | | |
| 208. | | | | | Sold (part) | 04/14/10 | J | B | |
| 209. | | | | | Sold (part) | 05/06/10 | J | A | |
| 210. | | | | | Sold (part) | 08/11/10 | J | | |
| 211. | A | Dividend | | | Sold | 08/16/10 | J | | |
| 212.  -POWERSHARES DB PREC MTLS. | | | | | Sold (part) | 01/13/10 | J | A | |
| 213. | | | | | Sold (part) | 01/21/10 | J | | |
| 214. | | | | | Buy | 03/16/10 | J | | |
| 215. | | | | | Buy | 04/06/10 | J | | |
| 216. | | | | | Buy | 04/08/10 | J | | |
| 217. | | | | | Buy | 05/06/10 | J | | |
| 218. | | | | | Sold (part) | 07/20/10 | J | A | |
| 219. | | | | | Buy | 09/21/10 | J | | |
| 220. | | None | J | T | Buy | 11/05/10 | J | | |
| 221.  -ISHRES BARCLY TIPS BD FD | | | | | Buy | 02/22/10 | J | | |

| I. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 04/08/10 | J | | |
| 223. | A | Dividend | J | T | Sold (part) | 08/16/10 | J | A | |
| 224. -IPATH GOLDMAN SACHS CRUD OIL | | None | | | Sold | 01/21/10 | J | | |
| 225. -POWERSHARE US DOLLAR IDX | | | | | Buy | 02/11/10 | J | | |
| 226. | | | | | Sold (part) | 02/22/10 | J | A | |
| 227. | | | | | Buy | 04/08/10 | J | | |
| 228. | | | | | Sold (part) | 06/24/10 | J | A | |
| 229. | | | | | Buy | 07/13/10 | J | | |
| 230. | | | | | Buy | 07/20/10 | J | | |
| 231. | | | | | Sold (part) | 09/21/10 | J | | |
| 232. | | None | | | Sold | 11/05/10 | J | | |
| 233. -PROSHARES SHORT S&P 500 | | | | | Buy | 01/21/10 | J | | |
| 234. | | | | | Buy | 02/22/10 | J | | |
| 235. | | | | | Sold (part) | 03/16/10 | J | | |
| 236. | | | | | Buy | 05/06/10 | J | | |
| 237. | | | | | Buy | 05/24/10 | J | | |
| 238. | | | | | Buy | 06/04/10 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy | 06/08/10 | J | | |
| 240. | | | | | Sold (part) | 07/26/10 | J | | |
| 241. | | | | | Buy | 08/11/10 | J | | |
| 242. | | None | | | Sold | 08/16/10 | J | | |
| 243. -ISHARES BARCLAYS 1-3 YR TREASURY BOND FUND | | | | | Sold (part) | 01/21/10 | J | | |
| 244. | | | | | Sold (part) | 02/22/10 | J | | |
| 245. | | | | | Sold (part) | 07/20/10 | J | | |
| 246. | | | | | Sold (part) | 08/16/10 | J | A | |
| 247. | A | Dividend | | | Sold | 09/21/10 | J | A | |
| 248. -BARCLAYS BANK PLC PFD | | | | | Buy | 01/13/10 | J | | |
| 249. | | | | | Buy | 01/21/10 | J | | |
| 250. | | | | | Buy | 02/11/10 | J | | |
| 251. | | | | | Sold (part) | 02/22/10 | J | | |
| 252. | | None | | | Sold | 03/08/10 | J | | |
| 253. -IPATH JB UBS COMMOD ETN | | | | | Buy | 01/21/10 | J | | |
| 254. | | | | | Buy | 02/22/10 | J | | |
| 255. | | | | | Buy | 04/08/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 05/06/10 | J | | |
| 257. | | None | | | Sold | 06/04/10 | J | | |
| 258.  -CURRENCYSHRS CAND DOL TR | | | | | Buy | 02/22/10 | J | | |
| 259. | | | | | Buy | 04/08/10 | J | | |
| 260. | | | | | Sold (part) | 05/25/10 | J | | |
| 261. | | None | | | Sold | 06/04/10 | J | | |
| 262.  -ISHRS BRCLY SHRT TRES BD SHV | | | | | Buy | 02/22/10 | J | | |
| 263. | | None | | | Sold | 04/06/10 | J | | |
| 264.  -CURRENCYSHRS AUST DLR TR FXA | | | | | Buy | 02/22/10 | J | | |
| 265. | | | | | Buy | 04/08/10 | J | | |
| 266. | | | | | Sold (part) | 05/24/10 | J | | |
| 267. | | . | | | Sold (part) | 05/25/10 | J | | |
| 268. | | None | | | Sold | 06/04/10 | J | | |
| 269.  -ISHARES TR IVV | | | | | Buy | 03/08/10 | J | | |
| 270. | | | | | Buy | 04/08/10 | J | | |
| 271. | | None | J | T | Buy | 07/26/10 | J | | |
| 272.  -ISHARES MSCI EAFE INDEX | | | | | Buy | 03/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy | 04/08/10 | J | | |
| 274. | | | | | Sold (part) | 04/14/10 | J | A | |
| 275. | | | | | Sold (part) | 05/06/10 | J | | |
| 276. | | None | | | Sold | 06/30/10 | J | | |
| 277. -POWERSHARES QQQ SER1 ETF QQQ | | | | | Buy | 03/16/10 | J | | |
| 278. | | | | | Buy | 04/08/10 | J | | |
| 279. | | | | | Sold (part) | 04/14/10 | J | A | |
| 280. | | | | | Sold (part) | 05/25/10 | J | | |
| 281. | | None | | | Sold | 06/08/10 | J | | |
| 282. -VANGUARD EMRG MKTS ETF | | | | | Buy | 04/06/10 | J | | |
| 283. | | | | | Buy | 04/08/10 | J | | |
| 284. | | | | | Sold (part) | 04/14/10 | J | A | |
| 285. | | | | | Sold (part) | 05/06/10 | J | | |
| 286. | A | Dividend | | | Sold | 05/24/10 | J | | |
| 287. -VANGUARD EXTD MK ETF | | | | | Buy | 04/06/10 | L | | |
| 288. | | | | | Buy | 04/08/10 | J | | |
| 289. | | | | | Sold (part) | 04/14/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 06/08/10 | J | | |
| 291. | | | | | Buy | 07/26/10 | J | | |
| 292. | | None | | | Sold | 08/16/10 | J | | |
| 293. -STADION MANAGED ETFFX | | | | | Buy | 04/14/10 | J | | |
| 294. | | | | | Buy | 05/25/10 | J | | |
| 295. | | | | | Buy | 08/11/10 | J | | |
| 296. | | None | J | T | Buy | 08/16/10 | J | | |
| 297. -POWERSHARES DB US DOL UDN | | | | | Buy | 06/24/10 | J | | |
| 298. | | None | | | Sold | 07/13/10 | J | A | |
| 299. -ISHARES BARCLAYS CSJ | | | | | Buy | 07/20/10 | J | | |
| 300. | | | | | Buy | 08/16/10 | J | | |
| 301. | | None | J | T | Buy | 09/21/10 | J | | |
| 302. -SPDR DOW JONES INDL ETF DIA | | | | | Buy | 07/26/10 | J | | |
| 303. | A | Dividend | J | T | Buy | 08/16/10 | J | | |
| 304. -ISHARES INV GR BOND ETF LQD | | | | | Buy | 08/16/10 | J | | |
| 305. | A | Dividend | | | Sold | 12/15/10 | J | | |
| 306. -VANGUARD MSCI EMERGING VWO | | None | J | T | Buy | 11/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -ISHARES BARCLAYS ETF SHY | A | Dividend | J | T | Buy | 12/15/10 | J | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1,001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| (See Columns C1 and D3) | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Page 9, line 102: Purchase inadvertently omitted from 2009 report.

2. Page 12, line 149: Purchase inadvertently omitted from 2009 report.

3. The investment fund shares listed in part VII and held at the end of 2009 are listed in the same order for 2010 together with any new purchases/sales thereof. The investment fund shares not owned at the end of 2009 but aquired during 2010 follow. In some cases, investments sold in their entirety during 2009 may have been reacquired in 2010 in which event those purchases/sales are listed later in the report.

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 05/04/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lonny R. Suko**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544